UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | |
| HC INNOVATIONS, INC., | CASE NO. 10-50355 |
| ENHANCED CARE INITIATIVES, INC., | CASE NO. 10-50356 |
| ENHANCED CARE INITIATIVES OF | CASE NO. 10-50357 |
|    TENNESSEE, INC., | |
| HM STRATEGIES, INC., | CASE NO. 10-50358 |
| ENHANCED CARE INITIATIVES OF | CASE NO. 10-50359 |
|    ALABAMA, INC. | |
| ENHANCED CARE INITIATIVES OF | CASE NO. 10-50360 |
|    MASSACHUSETTS, INC. | |
| ENHANCED CARE INITIATIVES OF | CASE NO. 10-50361 |
|    NEW YORK, INC., | |
| TEXAS ENHANCED CARE INITIATIVES, INC. | CASE NO. 10-50362 |
| | |
|      Debtors | |

## MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF ESTATES

TO THE HONORABLE ALAN H. W. SHIFF, UNITED STATES BANKRUPTCY JUDGE:

     HC Innovations, Inc. ("HC"), Enhanced Care Initiatives, Inc. ("ECI"), Enhanced Care Initiatives of Tennessee, Inc. ("ECI Tennessee"), Texas Enhanced Care Initiatives, Inc. ("ECI Texas"), Enhanced Care Initiatives of Massachusetts, Inc. ("ECI Massachusetts"), Enhanced Care Initiatives of New York, Inc. ("ECI New York"), Enhanced Care Initiatives of Alabama, Inc. ("ECI Alabama"), and HM Strategies, Inc. ("HM"), debtors and debtors-in-possession (HC, ECI, ECI Tennessee, ECI Texas, ECI Massachusetts, ECI New York, ECI Alabama and HM collectively referred to as "Debtors"), by and through their proposed counsel, Reid and Riege, P.C., hereby move

this Court, pursuant to Federal Rule of Bankruptcy Procedure 1015(b), for entry of an order directing the joint administration of their estates and, in support thereof, respectfully represent as follows:

1.    On February 19, 2010, each of the Debtors filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code") in the United States Bankruptcy Court for the District of Connecticut, Bridgeport Division.  The Debtors continue to operate their businesses and manage their  properties as debtors-in-possession pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

2.    The Debtors are engaged in the business of arranging for and providing health care services and technology products in the United States.  HC is the parent corporation of ECI.  ECI, in turn, is the parent corporation of ECI Tennessee, ECI Texas, ECI Massachusetts, ECI New York, ECI Alabama, and HM.

3.    Federal Rule of Bankruptcy Procedure 1015(b)(4) provides:  "If . . . two or more petitions are pending in the same court by . . . a debtor and an affiliate, the court may order a joint administration of the estates."  The Debtors are affiliates as defined in Bankruptcy Code section 101(2).

4.    Many of the hearings, motions and orders that will arise in these Chapter 11 cases will affect each of the Debtors.  The joint administration of these cases will reduce the costs of administration of these cases and ease the administrative burden of having to file multiple pleadings and documents.

5.    The rights of the Debtors' respective creditors will not be affected adversely by joint administration of these cases because this motion requests only administrative, not substantive,

22606.000/508807.1

consolidation of the Debtors' estates.  Thus, all of the Debtors' creditors will benefit from the

reduced costs resulting from joint administration.  The Debtors believe that no creditor of the

Debtors' estates will be harmed by any conflict of interest resulting from the joint administration of

these cases.  In addition, the Court will be relieved of the burden of entering duplicative orders and

maintaining duplicative files.

6.      Based on the foregoing, joint administration of these cases is in the best interests of

the Debtors, their creditors and all other parties in interest.

7.      The Debtors request that the caption of their jointly administered cases be as follows:

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| In Re: | CHAPTER 11 |
| HC INNOVATIONS, INC., | CASE NO. 10-50355 |
| Debtor | Jointly Administered |

The Debtors further request that the Debtors' respective captioned and numbered

cases be jointly administered under the HC Innovations, Inc. case and that the Clerk of the Court

enter the following notation on the docket of each of the Debtors' cases to reflect the joint

administration of these cases:

An order has been entered in this case directing the procedural consolidation
and joint administration of the chapter 11 cases of HC Innovations, Inc. (Case No.
10-50355), Enhanced Care Initiatives, Inc. (Case No. 10-50356), Enhanced Care
Initiatives of Tennessee, Inc. (Case No. 10-50357), HM Strategies, Inc. (Case No.10-
50358), Enhanced Care Initiatives of Alabama, Inc. (Case No. 10-50359), Enhanced
Care Initiatives of Massachusetts, Inc. (Case No. 10-50360), Enhanced Care

Initiatives of New York, Inc. (Case No. 10-50361), and Texas Enhanced Care Initiatives, (Case No. 10-50362), and the docket in Case No. 10-50355 should be consulted for all matters affecting these jointly administered cases.

8.     No prior motion for the relief requested herein has been made to this or any other court.

WHEREFORE, the Debtors request that the Court enter an order directing that the Debtors' cases be jointly administered and granting the Debtors such other and further relief as the Court deems just and proper.

Dated at Hartford, Connecticut this 19th day of February, 2010.

HC INNOVATIONS, INC.
ENHANCED CARE INITIATIVES, INC.
ENHANCED CARE INITIATIVES OF TENNESSEE, INC.
TEXAS ENHANCED CARE INITIATIVES, INC.
ENHANCED CARE INITIATIVES OF MASSACHUSETTS, INC.
ENHANCED CARE INITIATIVES OF NEW YORK, INC.
ENHANCED CARE INITIATIVES OF ALABAMA, INC.
HM STRATEGIES, INC.


BY___/s/ Jon P. Newton_____
Jon P. Newton, Esq.
Federal Bar No. ct03376
Reid and Riege, P.C.
Their Proposed Attorneys
One Financial Plaza
Hartford, CT 06103
P (860) 278-1150
F (860) 240-1002
jnewton@rrlawpc.com

22606.000/508807.1